IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED HEALTH GROUP, INC.,** : | CIVIL ACTION |
| Plaintiff : | 11-620 |
| : | |
| v. : | |
| : | |
| **GLAXOSMITHKLINE, LLC,** : | |
| Defendant : | |
| : | |

**O R D E R**

**AND NOW,** this 18th day of April, 2011, upon review of Plaintiff's Motion to Remand [Doc. No. 3], Defendant's reply [Doc. No. 4], and Plaintiff's reply [Doc. No. 8], in light of the Court of Appeals for the Third Circuit holding that a writ of summons is not an "initial pleading" subject to removal under 28 U.S.C. §1446(b),[1] and noting that Plaintiff only filed a writ of summons and pre-complaint interrogatories in the Philadelphia County Court of Common Pleas, the Court finds that Defendant's removal of this case was premature.[2]  Accordingly, Plaintiff's Motion to Remand is **GRANTED** and this civil action is hereby **REMANDED** to the Philadelphia County Court of Common Pleas.[3]

---

[1] Sikirica v. Nationwide Ins. Co., 416 F.3d 214 (3d Cir. 2005)

[2] Defendant argues that where federal jurisdiction is clear, removal cannot be premature, and that Sikirica and §1446 set *deadlines* for removal but do not address when the right to removal *accrues*.  However, federal district courts in Pennsylvania which have considered the issue of premature removal have held, relying upon Sikirica, that the right to removal is not triggered until a complaint is filed.  See, Lane v. CBS Broadcasting, Inc., 2008 WL 910000 (E.D.Pa. April 2, 2008); Mulrine v. Air Contact Transport, Inc., 2006 U.S. Dist. LEXIS 64652 (E.D. Pa. September 11, 2006); Gardner v. State Farm Fire & Casualty Co., 2007 U.S. Dist. LEXIS 53540 (W.D. Pa. July 24, 2007).

[3] If appropriate, Defendant may re-file its notice of removal within thirty days of service of the complaint in the state court action.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistic purposes.

**IT IS SO ORDERED.**

                                         **BY THE COURT:**

                                         **/s/ Cynthia M. Rufe**

                                         _____

                                         **CYNTHIA M. RUFE, J.**